UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLISON NUGENT,<br><br>      Plaintiff,<br><br>-against-<br><br>AMERICAN BROADCASTING COMPANIES, INC.,<br><br>      Defendant. | Index No.: 1:19-cv-2724<br><br>**RULE 7.1 STATEMENT**<br><br>ECF Case |

## CORPORATE DISCLOSURE STATEMENT

  Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel hereby certifies that Defendant American Broadcasting Companies, Inc. is a non-governmental corporate party, and is an indirect, wholly-owned subsidiary of The Walt Disney Company.  The Walt Disney Company is publicly held, and no publicly held corporation owns 10% or more of its stock.


Dated:  New York, New York
    April 17, 2019

Respectfully submitted,

BALLARD SPAHR LLP

By:  */s/ Robert Penchina*
  Robert Penchina
1675 Broadway, 19th Floor
New York, NY 10019
Tel: (212) 850-6109
Fax: (212) 223-1942
penchinar@ballardspahr.com

*Counsel for Defendant*